**LEWIS BRISBOIS BISGAARD & SMITH LLP**
STEVEN G. GATLEY, SB# 155986
JAMIE L. VELS, SB# 156469
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for DEFENDANT CLARKE
MOSQUITO CONTROL PRODUCTS, INC.
(erroneously sued as Clarke Mosquito Control, Inc.)

JUN 29 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELLE MILLER,

    Plaintiff,

v.

CLARKE MOSQUITO CONTROL, an Illinois Corporation; DOW CHEMICAL dba DOW AGROSCIENCES, an Indiana Corporation; DOES 1 to 40, inclusive,

    Defendants.

CASE NO. C 05 00203 JSW

***VIA FACSIMILE FILING***

**STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION**

Discovery Cut-off: October 15, 2005

Trial Date: March 22, 2006

Plaintiff MICHELLE MILLER ("Plaintiff") and defendant CLARKE MOSQUITO CONTROL PRODUCTS, INC. ("Clarke"), by and through their respective attorneys of record hereby stipulate, subject to the Court's approval, that the mediation completion date currently set for July 15, 2005 shall be extended up to and including September 30, 2005.

There have been no previous extensions of the aforementioned mediation completion date.

///

///

///

///

4841-7417-7024.1

-1-

STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION

TOTAL P.02

Plaintiff and Clarke request this extension of the mediation completion date as the parties have been unable to complete the necessary discovery to have a meaningful mediation on or before July 15, 2005.

DATED: June 14, 2005

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
STEVEN G. GATLEY
JAMIE L. VELS
Attorneys for Defendant, CLARKE MOSQUITO CONTROL PRODUCTS, INC. (erroneously sued as Clarke Mosquito Control, Inc.)

DATED: June 20, 2005

STEPHEN M. WALLACE, Esq.

By _____
STEPHEN M. WALLACE
Attorneys for Plaintiff, MICHELLE MILLER

## ORDER

Based upon the Stipulation by and between Plaintiff and Clarke, it is ordered that the parties shall have up to and including September 30, 2005, within in which to complete mediation in this action.

DATED: July 1, 2005

/s/ Jeffrey S. White
Honorable Jeffrey S. White

# PROOF OF SERVICE
### *Michelle Miller v. Clarke Mosquito Control*
USDC Northern District Case No.: C 05-00203 JSW
450 Golden Gate Avenue, San Francisco, CA 94102-3483
The Honorable Jeffrey S. White - Division 2 - (415) 522-4173
Client/Matter: 6234-4451

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012.

On **June 29, 2005**, I served the following document described as **STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| Attorney for Plaintiff | Courtesy Copy |
|---|---|
| Stephen M. Wallace | Gregory F. Wilson |
| Attorney at Law | Wilson & Quint, LLP |
| 255 San Carlos Avenue | 250 Montgomery Street, 11th Floor |
| Redwood City, California 94061 | San Francisco, California 94104 |

## BY MAIL
*(C.C.P., §§1013a, 2015.5)*

I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

## FEDERAL

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **June 29, 2005** at Los Angeles, California.



Norma Chanes

4841-7417-7024.1

STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION