**LEWIS BRISBOIS BISGAARD & SMITH LLP**
STEVEN G. GATLEY, SB# 155986
JAMIE L. VELS, SB# 156469
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800; Facsimile: (213) 250-7900
Email: gatley@lbbslaw.com -vels@lbbslaw.com

Attorneys for Defendant,
CLARKE MOSQUITO CONTROL PRODUCTS, INC.,
erroneously sued as Clarke Mosquito Control, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MILLER, | CASE NO. C 05 00203 JSW |
| Plaintiff, | ***VIA E-FILING*** |
| v. | **STIPULATION TO EXTEND ALL LITIGATION DATES; AND [PROPOSED] ORDER** |
| CLARKE MOSQUITO CONTROL, an Illinois Corporation; DOW CHEMICAL dba DOW AGROSCIENCES, an Indiana Corporation; DOES 1 to 40, inclusive, | |
| Defendants. | |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

Plaintiff MICHELLE MILLER ("Plaintiff") alleges both an action for negligence and products liability. Plaintiff alleges that she was exposed to Mosquito Mist and as a result was injured. Mosquito Mist is a larvecide that Defendant CLARKE MOSQUITO CONTROL PRODUCTS, INC. ("Clarke Mosquito") formulated and distributed. Plaintiff contends that among other things, Clarke Mosquito had knowledge of the hazards to humans, and by not adequately warning of the dangers of the product, it breached its duty of care to Plaintiff. She contends she was exposed to Mosquito Mist while living in the Cayman Islands. The application of Mosquito Mist was allegedly done by the Mosquito Control Research Unit ("MCRU"), a division of the Cayman Islands' government.

During the course of its investigation, Clark Mosquito has discovered evidence that plaintiff may have been exposed to another mosquito abatement product, commonly known as Aqua Reslin

4820-7245-1072.1
-1-
STIPULATION TO EXTEND ALL LITIGATION DATES; AND [PROPOSED] ORDER

(active ingredient Permethrin) on the date of the incident that gives rise to this litigation. Aqua Reslin is manufactured by Aventis Environmental Sciences USA LP which is a wholly owned subsidiary of Bayer Industries (German company) and distributed by ADAPCO (Sanford, Florida). It is the parties' (Miller & Plaintiff) intention to bring these companies in as defendants and cross-defendants. Because plaintiff and defendant intend to bring these companies in as additional defendants, the currently scheduled dates are not practical. It is respectfully requested that all dates be continued for an additional 90 days.

Further, the assigned Mediator Gregory Wilson notified the ADR administrator that he was not able to act as mediator in this matter due to conflicts in his schedule. Therefore, a new mediator will need to be assigned. A conference with the ADR office was recently held and they are in agreement with the requested continuance.

The following are the current litigation dates that are set in this matter:

1. Mediation cut-off date:                      March 31, 2006
2. Fact/Discovery cut-off date:                 April 14, 2006
3. Further Case Management Conference:          April 28, 2006
4. Plaintiff's Expert Reports Disclosure:       June 15, 2006
5. Last day to hear dispositive motions:        June 23, 2006
6. Defendant's Expert Reports Disclosure:       July 14, 2006
7. Pre-trial Status Conference:                 August 21, 2006
8. Trial:                                       September 11, 2006

Dated: March ___, 2006                LEWIS BRISBOIS BISGAARD & SMITH LLP

                                      By _____
                                      Steven G. Gailey, Esq.
                                      Attorneys for Defendant
                                      CLARKE MOSQUITO CONTROL PRODUCTS, INC.,

Dated: March 2, 2006                  LAW OFFICES OF ROGER RUBIN

                                      By _____
                                      Roger Rubin, Esq.
                                      Attorneys for Plaintiff
                                      MICHELLE MILLER

4820-7243-1072.1
-2-
STIPULATION TO EXTEND ALL LITIGATION DATES; AND [PROPOSED] ORDER

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800

# [PROPOSED] ORDER

Based upon the Stipulation by and between Plaintiff and Clarke Mosquito, it is ordered that the parties shall have an extension of the scheduled litigation dates as follows:

1. Mediation cut-off date: June 30, 2006

2. Fact cut-off date: July 14, 2006

3. Further Case Management Conference: August 4, 2006 at 1:30 p.m.

4. Plaintiff's Expert Reports are due: September 15, 2006

5. Last day to hear dispositive motions: September 22, 2006 at 9:00 a.m.

6. Defendant's Expert Reports are due: October 20, 2006

7. Pre-trial Status Conference: November 20, 2006 at 2:00 p.m.

8. Trial is scheduled to begin on: December 11, 2006 at 8:30 a.m.

IT IS FURTHER ORDERED: _____

Dated: March 3, 2006

_____
Honorable Jeffrey S. White