**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MILLER, | |
| Plaintiff, | No. C 05-00203 JSW |
| v. | |
| CLARKE MOSQUITO CONTROL; DOW CHEMICAL dba DOW AGROSCIENCES; DOES 1 to 40, inclusive, | **ORDER GRANTING DEFENDANT CLARKE MOSQUITO CONTROL'S UNOPPOSED MOTION TO IMPLEAD** |
| Defendants. | |

The Court having received Defendant Clarke Mosquito Control's ("Clarke") motion to implead Aventis Environmental Sciences, U.S.A., L.P., Bayer Industries and Adapco, Inc. filed on May 19, 2006 and Plaintiff Michelle Miller's memorandum of non-opposition filed on June 16, 2006, and good cause appearing, HEREBY GRANTS the motion. Pursuant to Federal Rule of Civil Procedure 14, Clarke may file a third party complaint against Aventis Environmental Sciences, U.S.A., L.P., Bayer Industries and Adapco, Inc. no later than 10 days of the date of this Order. The Court finds the present motion appropriate for decision without oral argument and hereby VACATES the hearing set for June 30, 2006. *See* Civil L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated: June 20, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE