**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Steven G. Gatley, SB# 155986
Jamie L. Vels, SB# 156469
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendant,
CLARKE MOSQUITO CONTROL PRODUCTS, INC. erroneously sued as
CLARKE MOSQUITO CONTROL, INC.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| MICHELLE MILLER, <br><br> Plaintiff, <br><br> v. <br><br> CLARKE MOSQUITO CONTROL, an Illinois Corporation; DOW CHEMICAL dba DOW AGROSCIENCES, an Indiana Corporation; DOES 1 to 40, inclusive, <br><br> Defendants. | CASE NO. C 05 00203 JSW <br><br> [PROPOSED] ORDER GRANTING APPLICATION OF ATTORNEY DENNIS A. FERRARO FOR ADMISSION *PRO HAC VICE* <br><br> Mediation Cut-Off:  2/02/07 <br> Further CMC:  5/11/07 <br> Dispositive Motions:  5/11/07 <br> Pre-Trial Conference: 7/09/07 <br> Trial:  8/06/07 |

**IT IS HEREBY ORDERED THAT** the Application of Dennis A. Ferraro to practice in this Court on a *pro hac vice* basis in this action is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*.

Dated: JAN 1 9 2007

_____
JEFFREY S. WHITE
United States District Judge

[PROPOSED] ORDER GRANTING APPLICATION OF ATTORNEY
DAVID J. TECSON FOR ADMISSION *PRO HAC VICE*

4814-2574-3360.1