**Miller**

v.

**Clark Mosquito Control**

**Case No. 05-0203 JSW**

1  [PROPOSED] ORDER

2  Based upon the Stipulation by and between all parties herein, it is ordered that the parties shall

3  have an extension of the scheduled litigation dates as follows:

4  1.  The Mediation cut-off date of February 2, 2007 is continued to: _____

5  June 1, 2007 _____ .

6  2.  The Fact cut-off date of February 16, 2007 is continued to: _____

7  June 15, 2007 _____ .

8  3.  The Further Case Management Conference of May 11, 2007 at 9:00 a.m. is continued

9  to: ___ September 14, 2007 at 9:00 a.m. _____ .

10  4.  Plaintiff's Expert Reports previously due on April 17, 2007 are now due on:

11  August 14, 2007 _____ .

12  5.  Last day to hear dispositive motions is continued from May 11, 2007 at 9:00 a.m. to:

13  September 14, 2007 at 9:00 a.m. _____ .

14  6.  Defendant's Expert Reports previously due on June 8, 2007 are now due on:

15  October 12, 2007 _____ .

16  7.  The Pre-trial Status Conference of July 9, 2007 at 2:00 p.m. is continued to:

17  November 13, 2007 at 2:00 p.m. _____ .

18  8.  The Trial currently set for August 6, 2007 at 8:30 a.m. is now continued to:

19  December 10, 2007 at 8:30 a.m. _____ .

20  IT IS FURTHER ORDERED: ___ This extension will presumptively be the last

21  _____ extension of time absent a showing of extraordinary _____

22  good cause. _____ .

24  Dated: January 24, 2007

_____
Honorable Jeffrey S. White

4846-3166-5665.1

-5-

**STIPULATION TO EXTEND ALL LITIGATION DATES; AND [PROPOSED] ORDER**

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800