**FILED**

FEB 0 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MILLER,<br><br>Plaintiff,<br><br>v.<br><br>CLARKE MOSQUITO CONTROL, an Illinois Corporation; DOW CHEMICAL dba DOW AGROSCIENCES, an Indiana Corporation; DOES 1 to 40, inclusive<br><br>Defendants. | CASE NO.: C 05 00203 JSW<br><br>**[PROPOSED] ORDER RE DEFENDANT CLARKE MOSQUITO CONTROL'S REPRESENTATIVE TO ATTEND MEDIATION VIA TELEPHONE**<br><br>Mediation Cut-Off: 6/01/07<br>Further CMC: 09/14/07<br>Dispositive Motions: 09/14/07<br>Pre-Trial Conference: 11/13/07<br>Trial: 12/10/07 |

Defendant CLARKE MOSQUITO CONTROL PRODUCTS, INC. ("Defendant") request to have its representative attend the Mediation via telephone is hereby:

☒ GRANTED

☐ DENIED

IT IS FURTHER ORDERED: _____

Dated: 2/8/07

_____
Magistrate Wayne Brazil

4830-5683-7377.1

Lewis Brisbois Bisgaard & Smith LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800