Law Offices of
# RUSHFORD & BONOTTO, LLP
2277 FAIR OAKS BLVD., SUITE 495
SACRAMENTO, CALIFORNIA 95825

TELEPHONE (916) 565-0590
TELECOPIER (916) 565-0599
EMAIL: JRUSHFORD@RUSHFORDBONOTTO.COM

JAMES W. RUSHFORD
PHILLIP R. BONOTTO

TASHA KAY JAHN
ANDREW M. GIBSON

March 27, 2007

Honorable Wayne D. Brazil
United States District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, CA 94612-5212

Re:   Miller v. Clarke Mosquito Control, et al.
      USDC Case No.:  CV-C 05 00203
      Our File No.:   1856

Dear Magistrate Brazil:

Our office represents Bayer CropScience LP in the above matter. Bayer CropScience is a third party defendant brought in by Clarke Mosquito Control. Bayer was not sued by plaintiff and indeed plaintiff contends that the product manufactured by Bayer was not the product that caused her injuries and damages for which she claims relief herein.

Mediation in the above matter is scheduled for April 5, 2007 before Nancy J. Foster. My client, Bayer CropScience, has a very high self-insured retention far beyond any possible exposure Bayer has in this case. The Bayer CropScience person with settlement authority in this case and the person who will be participating in the mediation is Matt S. Harding, Assistant General Counsel, Bayer CropScience in North Carolina.

It would be very inconvenient and expensive for Mr. Harding to attend the mediation. I note that Clarke Mosquito Control's counsel has obtained authority for his representative to attend via telephone. We respectfully request that Mr. Harding be allowed to appear by telephone as well.

Honorable Wayne D. Brazil
Re: Miller v. Clarke
March 27, 2007
Page 2

I am not aware of any party objecting to our principals appearing by phone. My understanding is that the mediator has no objection as well.

Thank you for your consideration.

        Very truly yours,

        RUSHFORD & BONOTTO, LLP

        James W. Rushford

JWR:rp
cc:   All Counsel

| | |
|---|---|
| 1 | JAMES W. RUSHFORD, ESQ. |
| | State Bar No. 88739 |
| 2 | RUSHFORD & BONOTTO, LLP |
| | 2277 Fair Oaks Blvd., Suite 495 |
| 3 | Sacramento, California 95825 |
| | Telephone: (916) 565-0590 |
| 4 | Facsimile: (916) 565-0599 |
| | Email: jrushford@rushfordbonotto.com |
| 5 | |
| | JAMES L. MOORE, ESQ. *Pro Hac Vice* |
| 6 | State Bar No. 14348600 |
| | BAKER & HOSTETLER LLP |
| 7 | 1000 Louisiana, Suite 2000 |
| | Houston, TX 77002-5009 |
| 8 | Telephone: (713) 751-1600 |
| | Facsimile: (713) 751-1717 |
| 9 | Email: jmoore@bakerlaw.com |
| 10 | Attorneys for Cross-Defendants, |
| | BAYER CROPSCIENCE LP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHELLE MILLER, | ) | Case No.: CV-C 05 00203 JSW |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER RE BAYER |
| vs. | ) | CROPSCIENCE LP'S REPRESENTATIVE |
| | ) | TO ATTEND MEDIATION VIA |
| CLARKE MOSQUITO CONTROL, an | ) | TELEPHONE |
| Illinois Corporation; DOW CHEMICAL, | ) | |
| dba DOW AGROSCIENCES an Indiana | ) | |
| Corporation; DOE Defendants, and | ) | Mediation Cut Off: 6/1/07 |
| DOES 1 to 20, | ) | Further CMC: 9/14/07 |
| | ) | Dispositive Motions: 9/14/07 |
| Defendants. | ) | Pre-Trial Conference: 11/13/07 |
| | ) | Trial: 12/10/07 |
| CLARKE MOSQUITO CONTROL, an | ) | |
| Illinois Corporation, | ) | |
| | ) | |
| Cross-Complainant, | ) | |
| vs. | ) | |
| | ) | |
| AVENTIS ENVIRONMENTAL SCIENCES | ) | |
| USA, LP, BAYER INDUSTRIES, | ) | |
| ADAPCO, INC. and ROES 1 to 50, | ) | |
| | ) | |
| Cross-Defendants. | ) | |

1

[PROPOSED] ORDER RE BAYER CROPSCIENCE LP'S REPRESENTATIVE TO ATTEND MEDIATION VIA TELEPHONE

| | |
|---|---|
| 1 | Cross-defendant BAYER CROPSCIENCE LP'S request to have its |
| 2 | representative attend the mediation via telephone is hereby: |
| 3 | [X] GRANTED: |
| 4 | [ ] DENIED: |
| 5 | IT IS FURTHER ORDERED: Outside Counsel must appear in person. |
| 6 | |
| 7 | Dated: 3/27/07           *Wayne D. Brazil* |
| 8 | MAGISTRATE WAYNE BRAZIL |

2

[PROPOSED] ORDER RE BAYER CROPSCIENCE LP'S REPRESENTATIVE TO ATTEND MEDIATION VIA TELEPHONE