Neutral

ROBERT JOSEPH BROWN ESQ. California State Bar No. 63323
LAW OFFICES OF DENNIS P. ISAAC
Staff Counsel for AIG Companies
TWO RINCON CENTER
121 SPEAR STREET, SUITE 410
SAN FRANCISCO, CA, 94105
Telephone: (415) 836-2626
Facsimile: (415) 836-3104
e-mail: bob.brown@aig.com

Attorneys for Defendant,
ADAPCO, INC.

ORIGINAL
FILED

MAR 30 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MILLER, <br><br> Plaintiffs, <br><br> vs. <br><br> CLARKE MOSQUITO CONTROL, an Illinois Corporation; DOW CHEMICAL dba DOW AGROSCIENCES, an Indiana Corporation; DOES 1-40, inclusive <br><br> Defendants. <br><br> CLARKE MOSQUITO CONTROL, an Illinois Corporation; DOW CHEMICAL dba DOW AGROSCIENCES, an Indiana Corporation; DOES 1-40, inclusive <br><br> Third Party Plaintiff <br><br> vs. <br><br> AVENTIS ENVIRONMENTAL SCIENCES USA, LP, BAYER INDUSTRIES, ADAPCO, INC. and ROES 1-50 <br><br> Third Party Defendants | Case No.: CV-C 05 00203 JSW <br><br> (~~PROPOSED~~) ORDER PERMITTING TELEPHONE ATTENDANCE AT MEDIATION <br><br> Mediation:          04/05/07 <br> Mediation Cut-off: 06/01/07 <br> Further CMC:       01/13/07 <br> Trial:             02/10/07 |

The request of Third Party Defendant ADAPCO, INC. to have its representative and the claims representative of its liability insurance carrier attend mediation by telephone is hereby:

1

(PROPOSED) ORDER PERMITTING TELEPHONE ATTENDANCE AT MEDIATION

☒ GRANTED

☐ DENIED

IT IS FURTHER ORDERED:

_____
_____
_____
_____
_____

Dated: 3/30/07

WAYNE D. BRAZIL
MAGISTRATE JUDGE