FILED

APR 03 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHELLE MILLER,

    Plaintiff,

v.

CLARKE MOSQUITO CONTROL, an Illinois Corporation; DOW CHEMICAL dba DOW AGROSCIENCES, an Indiana Corporation; DOES 1 to 40, inclusive

    Defendants.

CASE NO.: C 05 00203 JSW

[PROPOSED] ORDER RE DEFENDANT CLARKE MOSQUITO CONTROL'S INSURANCE REPRESENTATIVE TO ATTEND MEDIATION VIA TELEPHONE

Mediation Cut-Off: 6/01/07
Further CMC: 09/14/07
Dispositive Motions: 09/14/07
Pre-Trial Conference: 11/13/07
Trial: 12/10/07

Defendant CLARKE MOSQUITO CONTROL PRODUCTS, INC. request to have its insurance representative David Kostus attend the Mediation via telephone is hereby:

☒ GRANTED

☐ DENIED

IT IS FURTHER ORDERED: _____

Dated: 4/3/07

Magistrate Wayne Brazil

4832-3339-9041.1