|  |  |
|---|---|
| 1 | JAMES W. RUSHFORD, ESQ. |
|  | State Bar No. 88739 |
| 2 | RUSHFORD & BONOTTO, LLP |
|  | 2277 Fair Oaks Blvd., Suite 495 |
| 3 | Sacramento, California 95825 |
|  | Telephone: (916) 565-0590 |
| 4 | Facsimile: (916) 565-0599 |
|  | Email: jrushford@rushfordbonotto.com |
| 5 |  |
|  | JAMES L. MOORE, ESQ. *Pro Hac Vice* |
| 6 | State Bar No. 14348600 |
|  | BAKER & HOSTETLER LLP |
| 7 | 1000 Louisiana, Suite 2000 |
|  | Houston, TX 77002-5009 |
| 8 | Telephone: (713) 751-1600 |
|  | Facsimile: (713) 751-1717 |
| 9 | Email: jmoore@bakerlaw.com |
| 10 | Attorneys for Cross-Defendants, |
|  | BAYER CROPSCIENCE LP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHELLE MILLER, | ) Case No.: CV-C 05 00203 JSW |
|---|---|
| Plaintiff, | ) |
| vs. | ) [PROPOSED] ORDER GRANTING LEAVE OF COURT FOR SUBSTITUTION OF COUNSEL FOR ADAPCO, INC. |
| CLARKE MOSQUITO CONTROL, an Illinois Corporation; DOW CHEMICAL, dba DOW AGROSCIENCES an Indiana Corporation; DOE Defendants, and DOES 1 to 20, | ) Trial: 12/10/07 |
| Defendants. | ) |
| CLARKE MOSQUITO CONTROL, an Illinois Corporation, | ) |
| Cross-Complainant, vs. | ) |
| AVENTIS ENVIRONMENTAL SCIENCES USA, LP, BAYER INDUSTRIES, ADAPCO, INC. and ROES 1 to 50, | ) |
| Cross-Defendants. | ) |

1

[PROPOSED] ORDER GRANTING LEAVE OF COURT FOR SUBSTITUTION OF COUNSEL FOR ADAPCO, INC.

1  Pursuant to the request of Adapco, Inc. and counsel for Adapco, Inc., the
2  request for leave of Court to have James W. Rushford of the law office of
3  Rushford & Bonotto, LLP and James L. Moore of the law office of Baker &
4  Hostetler, LLP substitute in as counsel of record for ADAPCO, INC. is hereby:

5  ☒ GRANTED:
6  ☐ DENIED:

7  IT IS FURTHER ORDERED: Dennis P. Isaac is no longer representing any party in
8  this case.

10  Dated: April 25, 2007           *[signature: Jeffrey S. White]*
11                                   ~~MAGISTRATE WAYNE BRAZIL~~
12                                   DISTRICT COURT JUDGE JEFFREY S. WHITE

---

2

[PROPOSED] ORDER GRANTING LEAVE OF COURT FOR SUBSTITUTION OF COUNSEL FOR ADAPCO, INC.