1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    MICHELE MILLER,

10          Plaintiff,                          No. C 05-00203 JSW

11    v.                                        **ORDER REQUIRING STATUS
                                                REPORT REGARDING
12    CLARK MOSQUITO CONTROL, et al.,           SETTLEMENT**

13          Defendant.
                                        /
14

15          On May 25, 2007, this Court received a Certification of Mediation, in which the

16   mediator stated that this matter had been settled.  The parties are HEREBY ORDERED to

17   submit a joint status report to the Court setting forth the date by which this matter will be

18   dismissed.  The parties' status report shall be due on or before July 6, 2007, and that deadline

19   shall be vacated if a dismissal is filed in the interim.

20          **IT IS SO ORDERED.**

21

22   Dated: June 15, 2007                       _____
                                                JEFFREY S. WHITE
23                                              UNITED STATES DISTRICT JUDGE

24
25
26
27
28

United States District Court
For the Northern District of California